IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GERONIMO PIZARRO-CALDERÓN,<br>Defendant. | Criminal No.: 99-077 (JAF) |

### DEFENDANT GERONIMO PIZARRO-CALDERÓN'S MOTION TO MOVE FOR DISPOSITION OF REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE TERM

The defendant, Geronimo Pizarro-Calderón, proceeding pro-se, respectfully files this motion to request that this Honorable Court move for the disposition of, and grant his request for, an order terminating the remaining portion of his supervised release pursuant to *Title 18 United States Code, Section 3553 (e)(1)*. As grounds for this motion, the defendant states as follows.

1   On December 15, 2006, this defendant filed his motion requesting the early termination of his term of supervised release imposed by the Court on September 11, 2000. In support of the motion, the defendant stated that he meets the statutory minimum requirements for the request and early termination would serve the ends of justice in this case. Mr. Pizarro-Calderón has served more than thirty-one (31) months of his four-year supervision term.

2   On December 20, 2006, this Court entered an order holding Mr. Pizarro-Calderón's motion in abeyance and granted the Probation Office 10-days within which to express its views concerning this defendant's request. The Probation Office failed to comply with this court's order.

3   The defendant submits that the Probation Office's failure to comply with the Court's order should be construed by the Court as an implied agreement with defendant's motion.

**WHEREFORE**, it is very respectfully prayed that this Honorable Court enter an order

granting Mr. Pizarro-Calderón-Jimenez's request for the early termination of his supervised release term.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this the 5th day of January 2007.

GERONIMO PIZARRO-CALDERON
Calle Guadalajara X-11-29
Urbanización Vista Mar
Carolina, P.R. 00983

**CERTIFICATE OF SERVICE**

I, **GERONIMO PIZARRO-CALDERON**, do hereby certify that on this same date, one copy of the foregoing document was deposited into the United States Mail, with proper postage affixed, addressed to: UNITED STATES ATTORNEY'S OFFICE, District of Puerto Rico, Tórre Chardón, Suite 1201, Carlos Chardón Avenue, Hato Rey, Puerto Rico 00918.

In San Juan, Puerto Rico, this 5th day of January 2007.

GERONIMO PIZARRO-CALDERON