AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

      FOR THE      DISTRICT OF      PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | **APPEARANCE** |
| v. | CASE NO. 99-077(JAF) |

**[10] GERONIMO PIZARRO-CALDERON**
Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

January 11, 2007
    Date

                                      s/Juan E. Milanés
                                      Juan E. Milanés - 220201
                                      Assistant U.S. Attorney
                                      Torre Chardon, Suite 1201
                                      350 Carlos Chardon St.
                                      San Juan, P.R. 00918
                                      Tel. No. (787)766-5656
                                      e-mail: juan.e.milanes@usdoj.gov

**Notice of Appearance**
U.S. v. [10] Gerónimo Pizarro-Calderón
Crim.  No. 99-077(JAF)
Page 2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this same date, I electronically filed the foregoing to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

      At San Juan, Puerto Rico, this 11th day of January 2007.


                                              s/Juan E. Milanés
                                              Juan E. Milanés - 220201
                                              Assistant U.S. Attorney