## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

Criminal No.: 99-077 (JAF)

GERONIMO PIZARRO-CALDERON,
Defendant.

RECEIVED AND FILED
2007 FEB 16 PM 1:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P.R.

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the defendant, Geronimo Pizarro-Calderón, hereby appeals to the United States Court of Appeals for the First Circuit, this Court's order dated February 6, 2006 (Dkt. # 773), denying his Motion for Early Termination of Supervised Release Term.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this the 15th day of February 2007

**GERONIMO PIZARRO-CALDERON**
Calle Guadalajara X-11-29
Urbanización Vista Mar
Carolina, P.R.  00983

### CERTIFICATE OF SERVICE

I, **GERONIMO PIZARRO-CALDERON**, do hereby certify that on this same date, one copy of the foregoing document was deposited into the United States Mail, with proper postage affixed, addressed to: UNITED STATES ATTORNEY'S OFFICE, District of Puerto Rico, Tórre Chardón, Suite 1201, Carlos Chardón Avenue, Hato Rey, Puerto Rico 00918.

In San Juan, Puerto Rico, this 15th day of February 2007.

**GERONIMO PIZARRO-CALDERON**