Geronimo Picarro
Calle Guadalajara V-11-29
Urb. Villamar
Carolina, P.R. 00983

RECEIVED AND FILED
2007 FEB 16  PM 3:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk of Court
US District Court
District of Puerto Rico
Federal Bldg. Room 150
Chardon Ave.
Hato Rey, P.R. 00918