UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:      March 14, 2007

DC #:      99-077   (JAF)

APPEAL FEE PAID:      YES _____      NO __X__

CASE CAPTION:      USA    v.    Soto-Del-Valle
                   Defendant: Gerónimo Pizarro-Calderón  (10)
                   T/N Gerónimo Carlos Pizarro-Calderón

IN FORMA PAUPERIS:      YES __X__      NO _____

MOTIONS PENDING:      YES _____      NO __X__

NOTICE OF APPEAL FILED BY:      Defendant

APPEAL FROM:      Order entered on 02/06/07 denying Motion for Early Termination of Supervised Release Term

SPECIAL COMMENTS:      Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                                                VOLUMES:

Docket Entries    2,102,502,764-767,770,772-774,776                       I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                                FRANCES RIOS DE MORAN
                                                Clerk of the Court


                                                S/ Xiomara Muñiz
                                                Xiomara Muñíz
                                                Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk