IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

    vs.    CASE NO.: 99-CR-077-010 (JAF)

**GERONIMO PIZARRO-CALDERON**
*** *** *** *** *** *** *** ** *** *** *** *** ***

### ORDER TO SHOW CAUSE

Upon petition of **BRENDA LEE NIEVES-RODRIGUEZ, U.S. PROBATION OFFICER** of this Court, alleging that offender, Gerónimo Pizarro-Calderón, has failed to comply with his conditions of supervised release, it is

ORDERED that offender appear before this Court on _____ 2007 at _____, for a hearing to show cause, if there be any, why his supervised release term on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the offender's arrest, and provide defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this     day of          2007.

                                                              _____
                                                              **HON. JOSE A. FUSTE**
                                                             **SENIOR U.S. DISTRICT JUDGE**