# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                DATE: 9-05-07

HONORABLE BRUCE J. McGIVERIN, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ      CR. 99-077-10 (JAF)

INT : HILDA GUTIERREZ

================================================================

UNITED STATES OF AMERICA          AUSA- JENIFER HERNANDEZ

Plaintiff(s)

V.

GERONIMO PIZARRO-CALDERON

Defendant(s)
================================================================

CASE CALLED FOR INITIAL APPEARANCE/ SUPERVISED RELEASE VIOLATION . Defendant is brought before the Court based upon An Arrest Warrant issued by Honorable Chief Judge Fuste  on September 04, 2007. Defendant is informed as to the nature of the violations . Defendant informed to the Court that he retained the services of private counsel.  Defendant shall remain detained.

Revocation of Supervised Release and hearing is set for September 11, 2007 at 1:30 p.m. before Chief Judge Fusté.

S/ Carlos J. Rodríguez
Deputy Clerk