# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GERONIMO PIZARRO-CALDERÓN <br><br> Defendant. | CRIMINAL NO. 99-077 (JAF) <br> Defendant No. 10 |

**NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT GERONIMO PIZARRO-CALDERÓN**

**TO THE HONORABLE JOSE A. FUSTE
UNITED STATES CHIEF DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO:**

The defendant **GERONIMO PIZARRO-CALDERÓN** respectfully informs this Honorable Court that he has retained the services of the undersigned counsel, **RAMON M. GONZALEZ, ESQUIRE**, for the purposes of his legal representation in this case.

**WHEREFORE** it is respectfully requested that all interested parties take notice of the above.

**I HEREBY CERTIFY** that a true and exact copy of this document has been filed through the Court's ECF/ECM which will send notification of this filing to all parties of record. A copy of this document has also been sent via facsimile to the United States Probation Office for the district of Puerto Rico.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico on this the 10th day of September 2007.

/s/ Ramon M. Gonzalez
**RAMÓN M. GONZALEZ, ESQUIRE**
RAMON M. GONZALEZ LAW OFFICE
P.O. Box 19543
San Juan, Puerto Rico 00919-5493
Tel: 787-593-8281
e-mail: rmgonzalezesq@aol.com

*Attorney for the Defendant*.