## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

BEFORE THE HONORABLE JOSE A. FUSTE

| | |
|---|---|
| COURTROOM DEPUTY: Gladys Romañach | **DATE:** September 20, 2007 |
| COURT REPORTER: Amy Walker | **CR NO:** 99-077 (JAF) |
| COURT INTERPRETER: Edna Brayfield | **Probation Officer:** Brenda Lee Nieves |

================================================================

**ATTORNEYS:**

| | |
|---|---|
| UNITED STATES OF AMERICA | Lynn Doble |
| vs. | |
| 10- GERONIMO PIZARRO-CALDERON | Ramon Gonzalez-Santiago |

================================================================

**CASE CALLED FOR REVOCATION HEARING.**

The defendant is present in court. He is __X__ under custody _____ on bond. The defendant has no evidence to rebut the evidence presented by the U.S. Probation Officer. The term of supervised release imposed on September 11, 2000 is hereby revoked.

IT IS THE JUDGMENT OF THE COURT as to violation(s) of the conditions of imposed supervised release term - failing to submit to urinalysis.

Probation term: ___n/a___

Imprisonment term for a total of __Nine (9) months__

Supervised release for a total term of ___n/a___

Fine: __n/a__    Special monetary assessment: __n/a__

Restitution: ___n/a___

Crim. 99-077 (JAF)
September 20, 2007

==================================================================

Forfeiture:_____n/a_____

All terms and conditions are specified in the judgment form.

The defendant is advised of his right to appeal, etc.

__X__   Defendant is remanded to the custody of the U.S. Bureau of Prisons.

                                               s/ Gladys Romañach
                                               Gladys Romañach
                                               Courtroom Deputy Clerk