AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

__JUDICIAL__           District of          __PUERTO RICO__

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| **GERONIMO PIZARRO-CALDERON** | |
| a/k/a Jerry Carpio | Case Number:   **99-077-10 (JAF)** |
| | USM Number:   **08204-069** |
| | Ramon Gonzalez-Santiago |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐  admitted guilt to violation of condition(s) _____

X  was found in violation of condition(s)  failure to submit to urinalysis.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Condition No. 1 | Failure to report to urinalysis. | 7-24-2007 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 22, 2007
Date of Imposition of Judgment

s/ *Jose A. Fuste*
Signature of Judge

Jose A. Fuste, Chief, U.S. DISTRICT JUDGE
Name and Title of Judge

October 22, 2007
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT:         GERONIMO PIZARRO-CALDERON
CASE NUMBER:       99-077-10(JAF)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of     **NINE (9) MONTHS**

X   The court makes the following recommendations to the Bureau of Prisons:
    That defendant be allowed to participate in a drug rehabilitation treatment program.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____    ☐ a.m.   ☐ p.m.   on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL